# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

COPY

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **AO 10** *Rev. 1/2007* | | |

| 1. Person Reporting (last name, first, middle initial) Elfvin, John T | 2. Court or Organization U.S.D.Ct., W.D.N.Y. | 3. Date of Report 05/31/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.J. (Sr.) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 68 Court Street Buffalo, NY 14202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust under LW&T of Beatrice N. Pierce |
| 2. Director | Allen F. Pierce Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 JUN 13 A 11: 06 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Dupont 3.50 Pfd | B | Dividend | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Bank of America MM - formerly Fleet - Jt acct | B | Interest | M | T | | | | | |
| 4. Bank of America Ckg- formerly Fleet Jt. acct | A | Interest | K | T | | | | | |
| 5. Energy East - Cmn. | A | Dividend | J | T | | | | | |
| 6. Mfrs & Traders Tr - Svgs | A | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. Mechanicville NYC Sch. Dist 5.00 | C | Interest | L | T | | | | | |
| 11. Bank of NY - Cmn | E | Dividend | O | T | | | | | |
| 12. | | | | | | | | | |
| 13. Bell South - Cmn | B | Dividend | L | T | | | | | |
| 14. Chevron Texaco | D | Dividend | N | T | | | | | |
| 15. DTE Energy - Cmn | B | Dividend | K | T | | | | | |
| 16. Eastman Kodak - Cmn | A | Dividend | K | T | | | | | |
| 17. Gen. Elec. - Cmn | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM - Cmn | D | Dividend | O | T | | | | | |
| 19. International Paper - Cmn | A | Dividend | K | T | | | | | |
| 20. Mineola NY Unfree SD 5.00 | B | Interest | L | T | | | | | |
| 21. JP Morgan Chase - Cmn | E | Dividend | O | T | | | | | |
| 22. Scudder Gr. & Inc - Cmn | | None | | T | merger | 2/9 | K | A | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. NYS Env. FACS Clean Wtr. & Drink 5.000 | B | Interest | L | T | | | | | |
| 26. Triboro Brdg. & Tunl 5.00 | C | Interest | L | T | | | | | |
| 27. Whirlpool - Cmn | B | Dividend | L | T | | | | | |
| 28. | | | | | | | | | |
| 29. Key Bank Savings | A | Interest | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41.  NYS Med. Care (St. Peters) 5.375 bond | C | Interest | L | T | | | | | |
| 42. | | | | | | | | | |
| 43.  Eastman Chemical | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45.  NYS DA Revs 5.5 Bond | B | Interest | | T | redemption | 5/15 | K | A | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49.  Allstate Corp. | B | Dividend | L | T | | | | | |
| 50. | | | | | | | | | |
| 51.  Burlington & No SF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E. Glenville FB 5.6 Bond | C | Interest | L | T | | | | | |
| 53. Erie Co. 5.6 Bond | B | Interest | | T | Redemption | 6/1 | L | A | |
| 54. Monroe Cty. Wtr. Auth. 5.25 bond | C | Interest | L | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. N. Bellmore UfSd 5.625 bond | B | Interest | K | T | | | | | |
| 59. | | | | | | | | | |
| 60. Lucent - Cmn | | None | | T | merger | 12/5 | J | A | |
| 61. | | | | | | | | | |
| 62. NYS HFA - Rev -RFDG 5.75 bond | C | Interest | L | T | part. redemp | var. | K | A | |
| 63. | | | | | | | | | |
| 64. NYS Thruway 5.25 bond | B | Interest | | T | Redemtpion | 4/3 | K | A | |
| 65. NYS Urban Dev. 5.25 Bond | B | Interest | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. Yonkers B/E 5.125 bond | B | Interest | | T | Redemption | 8/1 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gallaher | D | Dividend | M | T | | | | | |
| 70. | | | | | | | | | |
| 71. NYS Dorm (Barnard) 5.25 bond | B | Interest | K | T | | | | | |
| 72. NYS Dorm (Cornell) 5.4 bond | B | Interest | | T | Redemption | 7/3 | K | A | |
| 73. NYS Dorm (Ment. Hlth.) 5.3 bond | C | Interest | L | T | | | | | |
| 74. NYS Dorm (Ment. Hlth.) 5.0 bond | C | Interest | L | T | | | | | |
| 75. NYS Dorm (St. Jos. Hosp.) 5.25 bond | B | Interest | K | T | | | | | |
| 76. NYS Loc. Gov't Asst. 5.32 bond | B | Interest | K | T | | | | | |
| 77. NYS Loc. Gov't Asst. 5.375 bond | C | Interest | L | T | | | | | |
| 78. NYS Thruway 5.0 bond | C | Interest | M | T | | | | | |
| 79. | | | | | | | | | |
| 80. Troy MAC 5.0 bond | B | Interest | K | T | | | | | |
| 81. Citigroup - Cmn | E | Dividend | N | T | | | | | |
| 82. | | | | | | | | | |
| 83. First Union - Wachovia | E | Dividend | O | T | | | | | |
| 84. Morgan Stanley DW | A | Dividend | L | T | | | | | |
| 85. Fortune Brands | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Albany Co. Airport 4.75 bond | B | Interest | L | T | | | | | |
| 87. Buffalo Mun. Water 4.625 | B | Interest | L | T | | | | | |
| 88. LI Power Authority 5.0 bond | A | Interest | K | T | | | | | |
| 89. Metro trans. Auth 5.0 bond | B | Interest | K | T | | | | | |
| 90. NYS Dorm Auth. Res. Hosp. 4.75 bond | B | Interest | L | T | | | | | |
| 91. NYS Dorm Auth. (Vassar) 5.25 bond | C | Interest | L | T | | | | | |
| 92. No. Colonie (KSD) 4.9 bond | C | Interest | L | T | | | | | |
| 93. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 94. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 95. Constellation Energy - Cmn | B | Dividend | L | T | | | | | |
| 96. Exxon/Mobil - Cmn. | E | Dividend | P1 | T | | | | | |
| 97. | | | | | | | | | |
| 98. Nassau Co. 5.1 bond | C | Interest | L | T | | | | | |
| 99. NYS Com. Adv. 5.125 bond | C | Interest | L | T | | | | | |
| 100. NYS SER 5.00 bond | C | Interest | L | T | | | | | |
| 101. NYS Dorm (City Univ.) 5.00 bond | B | Interest | L | T | | | | | |
| 102. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Dorm (Mt. Sinai Med. Sch.) 5.00 bond | D | Interest | M | T | | | | | |
| 104. NYS Dorm (No. Shore Hosp.) 5.25 bond | C | Interest | L | T | | | | | |
| 105. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |
| 106. NYS Thruway 5.0 bond | C | Interest | M | T | | | | | |
| 107. NY NY Ser D 5.25 | C | Interest | L | T | | | | | |
| 108. Clymer CSD 5.2 bond | B | Interest | K | T | | | | | |
| 109. Longwood CSD 5.0 bond | B | Interest | L | T | | | | | |
| 110. NYC Hlth & Hosp. 5.0 | C | Interest | L | T | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. NYS Env. Facs 5.0 bond | C | Interest | L | T | | | | | |
| 114. NYS Energy (Lilco) 5.15 bond | D | Interest | M | T | | | | | |
| 115. NYS Thruway 5.0 bond | B | Interest | K | T | | | | | |
| 116. Yonkers 5.0 bond | C | Interest | L | T | | | | | |
| 117. Verizon - Cmn | B | Dividend | L | T | spin off | 11/22 | L | A | |
| 118. Exelon - Cmn | B | Dividend | L | T | | | | | |
| 119. Qwest Communiucations | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Dominion Resources - Cmn | D | Dividend | M | T | | | | | |
| 121. | | | | | | | | | |
| 122.  BP PLC (formerly ARCO) | C | Dividend | M | T | | | | | |
| 123.  Long Island Power 4.75 | C | Interest | L | T | | | | | |
| 124.  Peru CSD 4.625% | C | Interest | M | T | | | | | |
| 125.  Albion CSC 5.00% | C | Interest | M | T | | | | | |
| 126. | | | | | | | | | |
| 127.  New York NY Ser. G 5.0 | C | Interest | L | T | | | | | |
| 128.  NYC Mun. Wtr. 5.375 | B | Interest | K | T | | | | | |
| 129. | | | | | | | | | |
| 130.  New York State 4.75 % (11/1/23) | C | Interest | L | T | | | | | |
| 131.  NY NYC Trans Fin Auth 5.00 | C | Interest | L | T | | | | | |
| 132.  NYS Dorm Auth. (Fordham) 5.00 | C | Interest | M | T | | | | | |
| 133.  NYS Dorm Auth. Rev. S/D Fing Ser A 5.00 | C | Interest | L | T | | | | | |
| 134.  Comcast Corp. Cl. A. - Cmn (PPE) | | None | K | T | | | | | |
| 135.  Pepco Holdings Inc. - Cmn | A | Dividend | J | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. BP - Amoco - Cmn | C | Dividend | M | T | | | | | |
| 142. Bell South | A | Dividend | K | T | | | | | |
| 143. Dupont - Cmn. | B | Dividend | L | T | | | | | |
| 144. Bank of America- Money Market | A | Interest | J | T | | | | | |
| 145. Bank of America - Savings | B | Interest | M | T | | | | | |
| 146. | | | | | | | | | |
| 147. Ford Mtr. - Cmn | A | Dividend | J | T | | | | | |
| 148. Gen Mtrs. - Cmn | A | Dividend | J | T | | | | | |
| 149. Halliburton - Cmn | A | Dividend | K | T | stock split | 7/20 | J | | |
| 150. IBM - Cmn | D | Dividend | O | T | | | | | |
| 151. Lockheed Martin - Cmn | D | Dividend | N | T | | | | | |
| 152. Lucent Technologies - Cmn | | None | | T | merger | 12/05 | J | A | |
| 153. Comcst Corp. Cl A - cmn | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Raytheon - Cmn | A | Dividend | J | T | | | | | |
| 155.  AT&T Inc. Com | A | None | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160.  NYS Dorm (Cornell) 5.4 bond | B | Interest | | T | redemption | 7/3 | K | A | |
| 161.  NYS Dorm (Ment. Hlth.) 5.0 bond | A | Interest | J | T | | | | | |
| 162.  NYS Dorm (Vassar) 5.25 bond | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165.  Verizon - Cmn. | A | Dividend | J | T | spinoff | 11/22 | J | A | |
| 166.  Delphi Auto - Cmn. | | None | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169.  LI Power Auth 5.0 bond | B | Interest | K | T | | | | | |
| 170.  NYS Dorm (RIT) 5.3 bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. Foot Locker Inc. - Cmn | A | Dividend | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. NYC Metropolitan 5.0 | B | Interest | K | T | | | | | |
| 175. Electronic Data Sys Corp. NEW - Cmn | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. Eastman Chemical - Cmn | A | Dividend | K | T | | | | | |
| 179. Emerson Elec. - Cmn | B | Dividend | L | T | | | | | |
| 180. General Electric - Cmn | D | Dividend | N | T | | | | | |
| 181. Gallaher Group - Cmn | D | Dividend | N | T | | | | | |
| 182. Fortune Brands - Cmn. | C | Dividend | M | T | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. Eastman Kodak- Cmn. | A | Dividend | J | T | partial sale | var. | J | A | |
| 186. General Motors - Cmn. | A | Dividend | K | T | partial sale | var. | J | B | |
| 187. Whirlpool- Cmn | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  IBM - Cmn | C | Dividend | N | T | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191.  Raytheon - Cmn. | A | Dividend | J | T | | | | | |
| 192.  Bristol Myers - Cmn. | B | Dividend | K | T | | | | | |
| 193. | | | | | | | | | |
| 194.  Chevron Texaco | C | Dividend | M | T | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199.  Bell South - Cmn. | C | Dividend | M | T | | | | | |
| 200.  DQE Inc. - Cmn. | C | Dividend | L | T | | | | | |
| 201.  DTE Energy - Cmn. | C | Dividend | L | T | | | | | |
| 202.  Energy East - Cmn | D | Dividend | M | T | | | | | |
| 203. | | | | | | | | | |
| 204.  Bank America - Cmn. | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206.  First UC - Cmn./Wachovia | | None | | | sale | var. | K | E | |
| 207. | | | | | | | | | |
| 208.  PNC Fin. Corp. - Cmn. | C | Dividend | M | T | | | | | |
| 209.  1st Union Tr. Mon. Mkt./Wachovia | A | Interest | J | T | | | | | |
| 210. | | | | | | | | | |
| 211.  BP PLC Sponsored ADR | C | Dividend | M | T | | | | | |
| 212.  Exxon/Mobil | D | Dividend | N | T | | | | | |
| 213. | | | | | | | | | |
| 214.  Constellation Energy Group Cmn. | B | Dividend | M | T | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217.  Verizon - Cmn. | D | Dividend | M | T | spin off | 11/22 | M | A | |
| 218.  Schwab - Cmn | B | Dividend | M | T | | | | | |
| 219. | | | | | | | | | |
| 220.  Xcel Energy - Cmn. | B | Dividend | K | T | partial sale | 8/25 | J | A | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. JP Morgan Chase & Co. - Cmn. | D | Dividend | M | T | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. Mt. Vernon NYC 4.2 | C | Interest | L | T | | | | | |
| 227. Suffolk Cnty. NY 4.5 | C | Interest | M | T | | | | | |
| 228. NYS Env. FDS 2nd Res-I 4.75 | D | Interest | M | T | | | | | |
| 229. Mt. Vernon NYC 4.0 | A | Interest | K | T | | | | | |
| 230. Amherst 5.0 | C | Interest | M | T | | | | | |
| 231. Triborough Sub 5.0 | D | Interest | N | T | | | | | |
| 232. Metro Trans. Auth. 5.0 | C | Interest | L | T | | | | | |
| 233. Metro Trans. Auth. Ded. Tax 5.0 | C | Interest | M | T | | | | | |
| 234. Valhi Inc. - Cmn. | A | Dividend | J | T | | | | | |
| 235. Bank Of America Corp. (F/K/A Fleet Boston) | B | Dividend | K | T | | | | | |
| 236. St. Paul (F/K/A Travelers Prop Class A&B) | A | Dividend | K | T | | | | | |
| 237. Syosset NY - Cent. Sch Dist. 4.625 (AFP) | C | Interest | M | T | | | | | |
| 238. Madison Cnty NY 4.375 (AFP) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Syosset NY - Cent. Sch. Dist. 4.625 (PPE) | C | Interest | M | T | | | | | |
| 240. Freeport NY Ser A 4.5 | C | Interest | M | T | | | | | |
| 241. Madison Cnty NY 4.375 (PPE) | C | Interest | L | T | | | | | |
| 242. Metro Trans Ded. Tax Ser A 5.0 | C | Interest | M | T | | | | | |
| 243. NYS Env. Clean Water Drink 5.0 | C | Interest | M | T | | | | | |
| 244. Albany NY Mun Wtr. Fin Auth. 5.0 | C | Interest | M | T | | | | | |
| 245. NYS Dorm Auth. (St. Univ) 4.500 | C | Interest | M | T | | | | | |
| 246. LI Power Auth 5.125 | C | Interest | L | T | | | | | |
| 247. ACCO Brands Corp Cmn- BNP | | None | | | sale | 2/10 | K | D | |
| 248. | | | | | | | | | |
| 249. Sears Holding Corp | | None | K | T | | | | | |
| 250. | | | | | | | | | |
| 251. AT&T Inc. - Cmn | C | Dividend | M | T | | | | | |
| 252. | | | | | | | | | |
| 253. ACCO Brands Corp. - CMN (PPE) | A | Dividend | K | T | | | | | |
| 254. Livingston 4.5% 5/1/2033 | C | Interest | M | T | | | | | |
| 255. Metrop Trans 4.375 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Monroe CTY 4.25% 6/1/2025 | D | Interest | M | T | | | | | |
| 257.  NY NY Muni Water 5% 6/15/2036 | B | Interest | L | T | | | | | |
| 258.  NY 4.5% 11/15/2027 | B | Interest | K | T | | | | | |
| 259.  NY NY CTY 4.5% 2/1/2034 | C | Interest | M | T | | | | | |
| 260.  Suffolk CTY 4.5% 6/1/2027 | C | Interest | M | T | | | | | |
| 261. | | | | | | | | | |
| 262.  AT&T Inc. - Cmn (BNP) | A | Dividend | J | T | | | | | |
| 263. | | | | | | | | | |
| 264.  DWS Investments | A | Dividend | K | T | merger | 2/9 | K | | |
| 265.  Ideaarc | A | Dividend | J | T | spinoff | 11/22 | J | | |
| 266. | | | | | partial sale | 12/11 | J | A | |
| 267.  Alcatel SA ADR (PE) | | None | J | T | merger | 12/5 | J | | |
| 268. | | | | | partial sale | 12/21 | J | A | |
| 269.  Alcatel SA ADR (AFP) | | None | J | T | merger | 12/5 | J | | |
| 270. | | | | | partial sale | 12/11 | J | A | |
| 271.  Ideararc (AFP) | | NONE | J | T | spinoff | 11/22 | J | | |
| 272. | | | | | partial sale | 12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Greece NY 4.25 | B | Interest | K | T | purchase | 8/10 | K | | |
| 274. Marcllus NY 4.5% | C | Interest | M | T | purchase | 9/08 | M | | |
| 275. Metropolit 5% | C | Interest | M | T | purchase | 5/8 | M | | |
| 276. New York S 4.5% | B | Interest | L | T | purchase | 4/4 | L | | |
| 277. New York S 5% | B | Interest | K | T | purchase | 7/6 | K | | |
| 278. Pelhamn NY 4.25% | C | Interest | L | T | purchase | 11/09 | L | | |
| 279. Putnam ny 4.5% | B | Interest | K | T | purchase | 1/15 | K | | |
| 280. Suffolk Cnt 4.5% | B | Interest | K | T | purchase | 1/4 | K | | |
| 281. Idearc | A | Dividend | J | T | spin off | 11/20 | J | | |
| 282. | | | | | cash in lieu | 11/24 | J | A | |
| 283. NY 5.0 3/15/2036 (AFP) | B | Interest | K | T | purchase | 7/6 | K | | |
| 284. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 06/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                   Date ___June 7, 2007___

NOTE:                                      S TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C               app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544